JOHN E. WALLS, as Administrator of CATHERINE WALLS, Deceased, Respondent, *v.* ROCHESTER RAILWAY COMPANY, Appellant.

*Walls* v. *Rochester R. Co.,* 92 Hun, 581, affirmed.
(Argued December 2, 1897 ; decided December 17, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the fifth judicial department, entered February 28, 1896, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Charles J. Bissell* for appellant.

*Thomas Raines* for respondent.

Judgment affirmed, with costs ; no opinion.
All concur, except HAIGHT, J., absent.